UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Antonio Marquez– ) <br> Mendoza ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR2115-WQH <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 10005298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Laura Carrera–Nunez
Arrgn. 6-16-08

DATED: 6-26-08

RECEIVED _____
DUSM

**NITA L. STORMES**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  *G. Perrault*
Deputy Clerk

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062